[No. 15252–1–I.   Division One.   February 9, 1987.]

JAMES DAVID KEITH, *Appellant,* v. JAMES CAIN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–00358–0, Richard M. Ishikawa, J., entered July 11, 1983. *Affirmed* by unpublished opinion per Forrest, J. Pro Tem., concurred in by Dore and Horowitz, JJ. Pro Tem.

[No. 15800–7–I.   Division One.   February 9, 1987.]

ROBERT K. NYQUIST, *Respondent,* v. ARTHUR E. WILLIAMS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–03293–6, Gary M. Little, J., entered October 5, 1984. *Affirmed* by unpublished opinion per Andersen, J. Pro Tem., concurred in by Armstrong and Ennis, JJ. Pro Tem.

[No. 16038–9–I.   Division One.   February 9, 1987.]

UNITED PACIFIC INSURANCE COMPANY, *Plaintiff,* v. CASCADE SAVINGS & LOAN ASSOCIATION, *Respondent,* KEARNEY E. HAMMER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–04307–5, Charles V. Johnson, J., entered December 12, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Webster, JJ.